AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| MIGNON R. ANTHONY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00107 (AJT/IDD) |
| ALEXANDRIA CITY PUBLIC SCHOOLS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mignon R. Anthony                                                                          .

Date:   06/21/2022

*Attorney's signature*

J. Thomas Spiggle (VSB # 72022)
*Printed name and bar number*
3601 Eisenhower Ave, Suite 425
Alexandria, VA 22304

*Address*

tspigglelaw.com
*E-mail address*

(202) 449-8527
*Telephone number*

(202) 517-9179
*FAX number*